**In re: Donnell MULDROW, Petitioner.**

No. 11–2039.

United States Court of Appeals, Fourth Circuit.

Submitted: March 29, 2012.

Decided: April 2, 2012.

Donnell Muldrow, Petitioner Pro Se.

Before WILKINSON, KING, and KEENAN, Circuit Judges.

Petition denied by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Donnell Muldrow petitions for a writ of mandamus seeking an order directing the installation of air conditioning units at his prison segregation facility. We conclude that Muldrow is not entitled to mandamus relief.

Mandamus relief is a drastic remedy and should be used only in extraordinary circumstances. *Kerr v. United States Dist. Court,* 426 U.S. 394, 402, 96 S.Ct. 2119, 48 L.Ed.2d 725 (1976); *United States v. Moussaoui,* 333 F.3d 509, 516–17 (4th Cir. 2003). Further, mandamus relief is available only when the petitioner has a clear right to the relief sought. *In re First Fed. Sav. & Loan Ass'n,* 860 F.2d 135, 138 (4th Cir.1988). The relief sought by Muldrow is not available by way of mandamus. Accordingly, we deny the petition for writ of mandamus. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*PETITION DENIED.*